[No. 18617.    *En Banc*.    February 24, 1925.]

HILL SYRUP COMPANY, *Appellant*, v. MARINE NATIONAL BANK, *Respondent*.[1]

Appeal from a judgment of the superior court for King county, Hon. C. R. Hovey, judge *pro tempore*, entered July 26, 1923, upon findings in favor of the defendant, in an action for money received, tried to the court. Affirmed.

*James. R. Chambers*, for appellant.
*Shorts & Denney* and *Thomas R. Lyons*, for respondent.

PER CURIAM.—Except in the number of checks involved, the payee named, and the peculiar circumstances under which the checks came into the possession of the respondent or it acquired the proceeds thereof, this case is identical with that of *Hill Syrup Co. v. Frederick & Nelson, ante* p. 155, 233 Pac. 663. Indeed, by stipulation, the two cases were tried upon the same record, with the exceptions indicated. The same rule of law must therefore be applied.

For the reasons given in *Hill Syrup Co. v. Frederick & Nelson, supra*, the judgment appealed from is affirmed.

FULLERTON, J., concurs in the result.

[1] Reported in 233 Pac. 668.